UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO. 8:04-CR-00549-EAK-EAJ

GOMEZ, ET AL.

_____/

## ORDER ON DEFENDANT'S MOTION

This CAUSE is before the Court on Defendant's, Pedro Luis Valenzuela, Motion for Reconsideration (Doc. 189) of this Court's Order on Defendant's Motion to Compel (Doc. 187). In Defendant's Motion to Compel, which the Defendant now requests this Court to reconsider, the Defendant sought an order compelling the government to file a motion pursuant to Fed. R. Crim. P. 35(b) for assistance the Defendant claimed he provided to the United States. The Court found the Defendant's motion to be without merit and ultimately denied the Defendant's motion.

The Defendant had no plea agreement with the Government and cannot demonstrate from the record where his plea was in any way induced by any promise or consideration in regard to cooperation. The Defendant further fails to reveal any unconstitutional motive for the non-filing of a Rule 35 motion. *See Wade v. United States*, 504 U.S. 181 (1992). Defendant's Motion to Compel advances no facts or law to which this Court did not previously take under consideration upon denying his earlier Motion requesting this Court to compel a Rule 35 motion. Defendant's Motion for Reconsideration is DENIED. Accordingly, it is:

**ORDERED** that the Defendant's, Pedro Luis Valenzuela, Motion for Reconsideration be **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___6th day of June, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.